AO 102 (01/09) Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

In the Matter of the Tracking of
*(Identify the person to be tracked or describe the object or property to be used for tracking)*
a brown 2007 Chevrolet Silverado, VIN #2GCEK13M671698147, bearing Missouri License plate 4HC-CH23, hereinafter referred to as "the subject vehicle"

)
)
)
)
)
)
)

Case No. 4:20 MJ 6175 PLC
SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS

## APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of __21__ U.S.C. § __841__. Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

☑ The person, property, or object is located in this district.

☐ The person, property, or object is not now located in this district, but will be at the time of execution.

☐ The activity in this district relates to domestic or international terrorism.

☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

☑ evidence of a crime;

☑ property designed for use, intended for use, or used in committing a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ a person to be arrested or a person who is unlawfully restrained.

☑ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
a brown 2007 Chevrolet Silverado, VIN #2GCEK13M671698147, bearing Missouri License plate 4HC-CH23

☑ Delayed notice of ____ days (give exact ending date if more than 30 days: __02/14/2021__ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*Applicant's signature*

Amanda Joyce, Task Force Officer, DEA
*Applicant's printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: __08/14/2020__

City and state: St. Louis, Missouri

*Patricia L. Cohen*
*Judge's signature*

Hon. Patricia L. Cohen, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Amanda Joyce, being first duly sworn, hereby depose and state as follows:

### Introduction

1.      I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 3117 to authorize the installation and monitoring of a tracking device on a brown 2007 Chevrolet Silverado, VIN #2GCEK13M671698147, bearing Missouri License plate 4HC-CH23, ("**the subject vehicle**.") Based on the facts set forth in this affidavit, I believe that **the subject vehicle** is presently being used in furtherance of the distribution of a controlled substance in violation of Title 21, United States Code, Section 841(a)(1) and there is probable cause to believe that the installation of a tracking device on **the subject vehicle** and use of the tracking device will lead to evidence, fruits and instrumentalities of the aforementioned crime, as well as to the identification of individuals who are engaged in the commission of the distribution of controlled substances and related crimes.

2.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, § 2510(7), and am empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code § 2516. I have been a police officer with St. Louis County Police Department since 2015 and am currently assigned to the Drug Enforcement Administration (DEA) as a Task Force Officer (TFO).

3.      I am currently assigned to investigate illicit drug trafficking organizations operating in the Eastern District of Missouri.  As a TFO, I have been trained and became familiar with how controlled substances are consumed, manufactured, packaged, marketed, transported, and

1

distributed. As a TFO of the DEA, and in my prior police experience, I have participated in numerous narcotic investigations of alleged criminal violations of state drug related offenses and/or of the Controlled Substances Act. In conducting my official duties, I have reviewed numerous affidavits in support of criminal complaints, search warrants, and affidavits authorizing the interception of telephones.

4. I am currently part of an investigative team, composed of experienced narcotics investigators, that is involved in narcotics investigations covering airport, bus, train, parcel packages, and highway couriers that are operating in violation of Title 21, United States Code, Sections 841(a)(1) and 846 (distribution and conspiracy to distribute controlled substances).

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

6. In August 2020, investigators were contacted by a documented DEA Confidential Source[1] (CS-1) regarding to the crack cocaine trafficking activities of "Big Hurt" who was later identified as **Demarco BAKER** (hereafter referred to as **BAKER**). CS-1 said that **BAKER** told

---

[1] Throughout this investigation, members of the investigative team have relied on information from a DEA Confidential Source (CS-1). CS-1 has been cooperating with investigators since 2017 in other unrelated investigations. The information provided by CS-1 has been corroborated and is believed to be reliable based upon law enforcement actions, including recorded surveillance, and telephone toll analysis. CS-1's information has never been found to be false or misleading.

him/her that he could supply ounce quantities of crack cocaine. CS-1 gave investigators a detailed description of **the subject vehicle**, which **BAKER** uses to deliver crack cocaine and/or use to collect drug proceeds throughout the St. Louis Metropolitan area.

7. On August 6, 2020, I directed CS-1 to make a monitored telephone call with **BAKER** in order to arrange the purchase of one half (1/2) ounce of crack cocaine. **BAKER** directed CS-1 to the area of N. Grand Boulevard and Lee Avenue. I listened as CS-1 called to arrange for the purchase. I then equipped CS-1 with a transmitting device in order to monitor the meeting between **BAKER** and CS-1. I provided CS-1 Official Advanced Funds (OAF) to purchase the crack cocaine from **BAKER**.

8. Investigators established surveillance at Lee Avenue and N. Grand Boulevard, St. Louis, Missouri, and observed **the subject vehicle** parked at the intersection, occupied by a driver. Other investigators followed CS-1 to the area. CS-1 parked directly behind **the subject vehicle,** got out of his vehicle, and got inside **the subject vehicle**. CS-1 was inside **the subject vehicle** for a short period of time before returning to his/her vehicle and driving away.

9. I spoke with CS-1 who said that **BAKER** was in the driver's seat of **the subject vehicle** and gave CS-1 crack cocaine in exchange for cash. CS-1 gave the crack cocaine to investigators after the transaction.

10. On August 7, 2020, TFO Eric Lanham conducted surveillance at 4025 Burgen Ave., St. Louis Missouri. **BAKER** listed this address with the Missouri Department of Revenue and also has active utilities in his name through Ameren U.E. at this residence. TFO Eric Lanham

observed **the subject vehicle** parked in front of the house at 8:00 a.m. **The subject vehicle** is registered in **BAKER's** name.

11. Based on the information provided by CS-1, my own observations, and surveillance conducted by other investigating officers, I know that **the subject vehicle** is presently within the Eastern District of Missouri.

12. In order to track the movement of **the subject vehicle** effectively and to decrease the chance of detection, I seek authorization to place a tracking device on **the subject vehicle** while it is in the Eastern District of Missouri.

13. In the event the Court grants this application, there will be periodic monitoring of the tracking device during both daytime and nighttime hours for a period not to exceed 45 days following the issuance of the warrant. The tracking device may produce signals from inside private garages or other such locations not open to public or visual surveillance.

## AUTHORIZATION REQUEST

14. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 3117, that authorizes members of the DEA or their authorized representatives, including but not limited to other law enforcement agents and technicians assisting in the above-described investigation, to install a tracking device on **the subject vehicle** within the Eastern District of Missouri within 10 days of the issuance of the proposed warrant, to maintain, repair, and/or replace the tracking device as necessary, and to remove the tracking device from **the subject vehicle** after the use of the tracking device has ended; and to monitor the tracking device for a period of 45 days following the issuance of the warrant,

including when the tracking device is inside private garages and other locations not open to the public or visual surveillance, both within and outside the Eastern District of Missouri.

15.     In accordance with 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), I further request that the warrant delay notification of the execution of the warrant for 180 days after the end of the authorized period of tracking (including any extensions thereof) because there is reasonable cause to believe that providing immediate notification may have an adverse result, as defined in 18 U.S.C. § 2705.  Providing immediate notice would seriously jeopardize the ongoing investigation by prematurely revealing its existence and giving suspects an opportunity to flee from prosecution, destroy or tamper with evidence, intimidate potential witnesses, notify confederates, and change patterns of behavior

16.     I further request that the Court seal the warrant and the affidavit and application in support thereof, except that copies of the warrant in full or redacted form may be maintained by the United States Attorney's Office and may be served on Special Agents and other investigative and law enforcement officers of the DEA, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the warrant.  These documents pertain to and discuss an ongoing criminal investigation that is neither public nor known to all the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation.  Sealing these documents will also better ensure the safety of agents and others.

## CONCLUSION

17. The current investigation has revealed that the **subject vehicle** is being used by **BAKER** to distribute cocaine base in the Eastern District of Missouri.

I state under the penalty of perjury that the foregoing is true and correct.

8/14/2020
DATE

Amanda Joyce
Task Force Officer
Drug Enforcement Administration

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41 this 14th day of August, 2020.

*Patricia L. Cohen*
PATRICIA L. COHEN
United States Magistrate Judge
Eastern District of Missouri

6

